MIGUEL A. CUSTODIO (SBN 248774)
VINEET DUBEY (SBN 243208)
**CUSTODIO & DUBEY LLP**
448 S. Hill St., Suite 612
Los Angeles, CA 90013
Telephone: (213) 785-2909
Facsimile: (213) 785-2899
E-mail:   Custodio@Cd-Lawyers.com
          Dubey@Cd-Lawyers.com

Attorneys for Plaintiff, **Janette Pirie**

CRIS C. VAUGHAN (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
E-mail:   Cvaughan@adasolutionsgroup.com

Attorneys for Defendants, **DRD Hospitality, Inc.**, and **Wyndham Worldwide Operations, Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE PIRIE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DRD HOSPITALITY, INC., a California corporation; WYNDHAM WORLDWIDE OPERATIONS, INC., Delaware corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-02636-TLN-AC <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Fed. R. Civ. Proc. 41(a)(1)(A)(ii) <br><br> Action Filed:  October 5, 2016 <br> Judge:         Hon. Allison Claire |

# ORDER

The Court, having read and considered the Joint Stipulation of Dismissal of Entire Action With Prejudice filed on October 5, 2016 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**HEREBY ORDERS THAT:**

This Action is dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 22, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE